**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 05-1002 MJD/AJB**

| | |
|---|---|
| Christopher Durant,<br><br>　　　　　Plaintiff,<br>-vs-<br><br>Capital Management Services Group Inc.,<br><br>　　　　　Defendants. | **ORDER** |

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　　BY THE COURT


Dated: November 7, 2005　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　The Honorable Michael J. Davis
　　　　　　　　　　　　　　　　　Judge of United States District Court